HENRY R. HOPKINS *vs.* JAMES E. SHEPARD.

Essex. November 5. — 24, 1880. AMES & ENDICOTT, JJ., absent.

In an action upon a foreign judgment, the plaintiff is entitled, without alleging or proving any demand, to recover interest by way of damages upon the judg-ment sued on, from the date of that judgment to the date of the judgment in this action, computed at the ordinary legal rate of interest in this Common-wealth.

CONTRACT. The declaration was as follows : " And the plain-tiff says that, by the consideration of the justices of the Supreme Judicial Court of the county of Kennebec, and State of Maine, at the August term thereof, A. D. 1866, to wit August 21, 1866, he recovered judgment against the defendant in the sum of $218, debt or damage, and $11.64, costs of suit, which judgment is in

full force and not impaired, annulled or satisfied: whereupon the plaintiff is entitled to have and recover of the defendant, by force of said judgment, the amount thereof and interest thereon."

At the trial in the Superior Court, before *Gardner*, J., without a jury, the plaintiff put in evidence a copy of the record of the judgment declared on; and evidence tending to show that the defendant in this action was the defendant in the action in which the judgment was rendered. No evidence was offered showing any law of Maine in regard to interest, or the rate of interest allowed by law in that State, if any, or whether interest is allowed in that State upon judgments; and no evidence was offered tending to show a demand for payment of the judgment declared on prior to the commencement of this action.

The defendant contended, and asked the judge to rule, that the plaintiff could not recover interest, except after a demand of payment of the judgment, and alleging such demand in his declaration; and that, therefore, upon the pleadings and evidence, interest could only be recovered from the date of the writ in this action. The judge declined so to rule; and found for the plaintiff, allowing interest at six per cent from the date of the judgment in Maine. The defendant alleged exceptions.

*D. Saunders & C. G. Saunders*, for the defendant.

*C. P. Weston*, for the plaintiff, moved for double costs.

GRAY, C. J. There can be no doubt that the plaintiff, under his declaration, and without proving any demand, is entitled to recover interest by way of damages upon the judgment sued on, from the date of that judgment to the date of judgment in this action, computed at the ordinary legal rate of interest in this Commonwealth. *Williams* v. *American Bank*, 4 Met. 317, 322. *Barringer* v. *King*, 5 Gray, 9. *Mahurin* v. *Bickford*, 6 N. H. 567. *Exceptions overruled, with double costs.*